**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHA HOANG,<br>      Plaintiff<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | ) **NO. CV 15-230 KS**<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: December 11, 2015

                                                      _____
                                                      KAREN L. STEVENSON
                                                  UNITED STATES MAGISTRATE JUDGE