# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHA HOANG,<br><br>               Plaintiff,<br><br>      vs.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>             Defendant | Case No.: 8:15-cv-00230-KS<br><br>ORDER AWARDING EQUAL<br>ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"):

**IT IS ORDERED** that fees and expenses in the amount of $3,700 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: December 17, 2015

_____/s/_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE